DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HENRY HOLLINESS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0182

_____

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.